1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      CHANDRA KISHOR,                        Case No.  2:23-cv-01584-KJM-JDP (PC)

12                  Plaintiff,

13           v.                                ORDER

14      PARVINA BEN JILLIAN, et al.,

15                  Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18      under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19      by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On March 13, 2024, the magistrate judge filed findings and recommendations, which were

21      served on plaintiff, and which contained notice to plaintiff that any objections to the findings and

22      recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23      findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25      court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26      findings and recommendations to be supported by the record and by the proper analysis.

27      /////

28      /////

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2024, are adopted in full;

2. The amended complaint, ECF No. 19, is DISMISSED without leave to amend as frivolous and for failure to state a cognizable claim; and

3. The Clerk of Court is directed to close this matter.

DATED:  April 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE