UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chandra Kishor, | No. 2:23-cv-01584-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Parvina Ben Jillian, et al., | |
| Defendants. | |

This court previously adopted the Magistrate Judge's recommendation to dismiss this pro se civil rights action as frivolous, without leave to amend. *See* F&Rs, ECF No. 20, *adopted*, ECF No. 26. A few days after judgment was entered, plaintiff filed the pending motion at ECF No. 28, as well as further objections to the Magistrate Judge's findings and recommendations, ECF No. 29. The court construes these filings as a request to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). *See Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001) (a motion for reconsideration is construed as a Rule 59(e) motion if filed by the deadline within that rule and otherwise is construed as a Rule 60(b) motion).

Plaintiff identifies no errors of fact or law in the Magistrate Judge's Findings and Recommendations or in this court's order; nor does plaintiff identify changes in the law or evidence or other unusual circumstances justifying relief. *See 389 Orange St. Partners v. Arnold,*

1

179 F.3d 656, 665 (9th Cir. 1999) ("Under Rule 59(e), a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law."). The court therefore **denies** the requests for relief in ECF Nos. 28 and 29.

    IT IS SO ORDERED.

DATED: December 12, 2024.

_____
UNITED STATES DISTRICT JUDGE